IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY JOSEPH DAVIS,
    Plaintiff,

vs.                                            3:08cv180/MCR/MD

BOARD OF COUNTY COMMISSIONERS,
WALTON COUNTY, FLORIDA, et al.,
    Defendants.
_____/

O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 7, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is dismissed without prejudice and the clerk is directed to close the file.

    DONE AND ORDERED this 28th day of January, 2009.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE